# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

### NO. 03-13-00727-CV

**Alvin Heratio Harper, Appellant**

**v.**

**Leslie Marie Harper, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that Alvin Heratio Harper has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Alvin Heratio Harper shall pay all costs relating to this appeal, both in this Court and the court below.